LOCKE INSULATOR MFG. CO. v. LEY et al.

(Circuit Court of Appeals, First Circuit. May 10, 1906.)

No. 639.

PATENTS—INVENTION—INSULATOR PIN.

The Locke patent, No. 493,434, for an insulator pin, is for a mechanical structure only, and as such is void far lack of invention.

Appeal from the Circuit Court of the United States for the District of Massachusetts.

For opinion below, see 143 Fed. 911.

Howard P. Denison, for appellant.

George A. Rockwell, for appellees.

Before COLT and PUTNAM, Circuit Judges, and LOWELL, District Judge.

PER CURIAM. We agree with the conclusions of the Circuit Court in this case, and with the reasons given therefor in the opinion of the learned judge of that court.

The decree of the Circuit Court is affirmed, and the appellees recover their costs of appeal.